Circuit Court for Montgomery County
Case No. 30739-M
Argued: December 3, 2015

IN THE COURT OF APPEALS

OF MARYLAND

Misc. Docket AG No. 86
September Term, 2014

_____

ATTORNEY GRIEVANCE COMMISSION

OF MARYLAND

v.

GARRETT VINCENT WILLIAMS

_____

Barbera, C.J.
Battaglia
Greene
Adkins
McDonald
Watts
Harrell, Jr., Glenn T., (Retired,
Specially Assigned),

_____

JJ.

_____

PER CURIAM ORDER

_____

Filed: December 3, 2015

ATTORNEY GRIEVANCE       *     **In the**
COMMISSION OF MARYLAND

                                *     **Court of Appeals**

          v.                   *     **of Maryland**

                                *     **Misc. Docket AG No. 86**

GARRETT VINCENT WILLIAMS     *     **September Term, 2014**

**PER CURIAM ORDER**

For reasons to be stated in an opinion later to be filed, it is this 3rd day December 2015,

ORDERED, by the Court of Appeals of Maryland, that the Respondent, Garrett Vincent Williams be, and he is hereby, disbarred, effective immediately, from the further practice of law in the State of Maryland; and it is further

ORDERED that the Clerk of this Court shall strike the name of Garrett Vincent Williams from the register of attorneys, and pursuant to Maryland Rule 16-760(e), shall certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in the State; and it is further

ORDERED that Respondent shall pay all costs as taxed by the Clerk of this Court, including the costs of all transcripts, pursuant to Maryland Rule 16-761(b), for which sum judgment is entered in favor of the Attorney Grievance Commission of Maryland against Garrett Vincent Williams.

/s/ Mary Ellen Barbera
Chief Judge